IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| QUEEN AKHENATEN II MONTGOMERY BEY, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:24-CV-1809-D |
| JOHN C. CRUEZOT, | § § § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff has filed a series of affidavits and an application for a writ of garnishment, but no objections have been made to the findings, conclusions, and recommendation. The undersigned district judge has reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

SO ORDERED.

October 2, 2024.

SIDNEY A. FITZWATER
SENIOR JUDGE